IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:00CR2 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CHARLES HACKENDAHL, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of a letter from the Warden at the U.S. Medical Center for Federal Prisoners in Springfield, Missouri, and a risk assessment review report regarding the defendant. In those documents, the medical and mental health professionals make findings and conclusions and recommend that the defendant remain in federal custody. Accordingly,

IT IS ORDERED that:

(1) The Clerk of the Court shall file the attached letter and risk assessment review report under seal.

(2) The Clerk of Court shall provide counsel of record with a copy of the attached letter and risk assessment review report.

(3) The findings and conclusions stated in the attached letter and risk assessment review report are accepted and adopted by the court.

(4) The Clerk of the Court shall mail a copy of this memorandum and order to Robert E. McFadden, Warden, U.S. Medical Center for Federal Prisoners, P.O. Box 4000, Springfield, Missouri 65801-4000.

March 10, 2006.                              BY THE COURT:
                                             s/ *Richard G. Kopf*
                                             United States District Judge