IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:00CR2 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CHARLES E. HACKENDAHL, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of a letter from the Warden at the U.S. Medical Center for Federal Prisoners in Springfield, Missouri, and a risk assessment review report regarding the defendant. In those documents, the medical and mental health professionals make findings and conclusions and recommend that the defendant remain in federal custody. Accordingly,

IT IS ORDERED that:

(1) The Clerk of the Court shall file the attached letter and risk assessment review report under seal.

(2) The Clerk of Court shall provide counsel of record with a copy of the attached letter and risk assessment review report.

(3) The findings and conclusions stated in the attached letter and risk assessment review report are accepted and adopted by the court.

(4) The Clerk of the Court shall mail a copy of this memorandum and order to Marty C. Anderson, Warden, U.S. Medical Center for Federal Prisoners, P.O. Box 4000, Springfield, Missouri 65801-4000.

(5) The Clerk of the Court shall provide the U.S. Probation Officer assigned to this case (Michael W. Tolley) with a copy of the letter and risk assessment review report.

(6)     Mr. Tolley is directed to review this file at least annually to satisfy himself that the Bureau of Prisons is complying with the provisions of 18 U.S.C. § 4243, including the requirement that periodic reports are submitted to the court regarding the need for continued hospitalization. *See* 18 U.S.C. § 4247(e)(B).

March 4, 2008.                              BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge