IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:00CR2 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CHARLES E. HACKENDAHL, | ) | |
| | ) | |
| Defendant. | ) | |

   I am in receipt of a letter from the U.S. Medical Center for Federal Prisoners in Springfield, Missouri, which includes a Certificate of Conditional Release. After considering the letter and its contents,

   IT IS ORDERED that:

   (1)   A copy of the August 13, 2008 letter referred to above and attachments shall be filed in the court file with restricted access. Only counsel for the parties and the United States Probation Officer shall have access to those documents.

   (2)   My chambers shall arrange a telephone conference with Christine Nemeti, Mr. Hackendahl's social worker, Mr. Hackendahl, Jeffrey L. Thomas, Assistant Federal Public Defender, Douglas R. Semisch, Assistant United States Attorney, and Michael Tolley, Senior United States Probation Officer. The telephone conference will originate from my courtroom and the conference shall be recorded. My courtroom deputy Colleen Beran shall be present for the telephone conference.

   (3)   Following the telephone conference mentioned above, it is my intention to enter a conditional release order unless I determine that there is good cause for not doing so.

   (4)   A copy of this memorandum and order shall be provided to Christine Nemeti, Mr. Hackendahl's social worker, Mr. Hackendahl, Jeffrey L. Thomas, Assistant Federal Public Defender, Douglas R. Semisch, Assistant United

States Attorney, and Michael Tolley, Senior United States Probation Officer.

August 19, 2008.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge