IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:00CR2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CHARLES E. HACKENDAHL, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that a copy of the August 22, 2008 letter and amended conditions of release from the U.S. Medical Center for Federal Prisoners in Springfield, Missouri, shall be filed in the court file with restricted access. Only counsel for the parties and the United States Probation Officer shall have access to those documents.

    August 27, 2008.               BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge