IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:00CR2 |
| V. | ) | |
| CHARLES E. HACKENDAHL, | ) | ORDER |
| Defendant. | ) | |

I am in receipt of a status report from the Probation Officer.

IT IS ORDERED that:

(1)   The status report shall be filed but restricted.

(2)   The Probation Officer is ordered to submit a status report on April 1, 2011.

DATED this 25th day of March, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge