IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:00CR2 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| CHARLES E. HACKENDAHL, | ) | |
| Defendant. | ) | |

I am in receipt of a status report from the United States Probation Officer.

IT IS ORDERED that:

(1)   The Clerk of Court shall file the status report as restricted.

(2)   Counsel of record shall have until April 15, 2011, to respond to the status report.

(3)   The undersigned will rule on the status report on or about April 18, 2011.

Dated April 4, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge