IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR2 |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES E. HACKENDAHL, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

I am in receipt of a status report (filing no. 87) from the probation officer. The status report recommends that Mr. Hackendahl continue to be supervised. The government has no objection to the status report. Defense counsel, Jeff Thomas, an Assistant Federal Public Defender, has neither objected to the status report nor agreed with it. From the status report itself, it appears that Mr. Hackendahl desires to be released from supervision. After careful consideration,

IT IS ORDERED that:

1. The status report (filing no. 87) is approved.

2. Charles E. Hackendahl shall continue to be subject to the conditional release order (filing no. 65) previously entered on September 4, 2008.

3. On April 16, 2012, the probation officer shall submit a status report regarding the defendant's progress. In that status report, the probation officer shall also advise the undersigned (a) when, if ever, the defendant is expected to be sufficiently recovered such that an unconditional release may be granted and (b) how long may the Court continue to

        subject Mr. Hackendahl to restrictions imposed by a conditional release order. When preparing the status report, and particularly when answering questions (a) and (b), the probation officer may seek the advice of counsel for the government, counsel for the defendant and such other persons as the probation officer deems appropriate.

4. The Clerk shall provide copies of this Memorandum and Order to counsel of record.

6. My chambers shall provide a copy of this Memorandum and Order to the probation officer.

7. My chambers shall calendar this matter and bring it to my attention upon receipt of the status report.

DATED this 20th day of April, 2011.

                              BY THE COURT:

                              *Richard G. Kopf*
                              United States District Judge