IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:00CR2 |
| V. | ) | |
| CHARLES E. HACKENDAHL, | ) | ORDER |
| Defendant. | ) | |

I am in receipt of a status report from the probation officer. Counsel for the government and counsel for Mr. Hackendahl have been served with a copy as well. With that in mind,

IT IS ORDERED that:

1. The status report shall be filed by the Clerk and treated as a restricted document.

2. Either party may object to the status report on or before the close of business on May 24, 2013 by filing an objection in the court file and stating the reasons for said objection.

3. If no objection is filed by the close of business on May 24, 2013, the status report is herewith approved. If an objection is filed, the undersigned will consider the objection in due course.

4. Unless later otherwise ordered, the probation officer shall submit another status report on May 1, 2014.

DATED this 14th day of May, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge